Map | US | Arizona | **Anthem**     Views: 8

[Get rates as low as 5.01%](#) on Zillow Mortgage Marketplace.

## 2435 W Shackleton Dr

| | |
|---|---|
| Zestimate®: | **$213,000** |
| Value Range: | $194K – $247K |
| **Monthly payment:** | **$909** |

See current rates on Zillow
Low rates-Get started today!

| | |
|---|---|
| Bedrooms: | -- |
| Bathrooms: | -- |
| Sqft: | 2,348 |
| Lot size: | 7,907 sq ft / 0.18 acres |
| Property type: | Single Family |
| Year built: | 2003 |
| Parking type: | -- |
| Cooling system: | Refrigerator |
| Heating system: | Forced air |
| Fireplace: | -- |
| Last sold: | December 23 2003 |

No photos available for this property

### Description
This is a 2348 square foot, single family home. It is located at 2435 W Shackleton Dr Anthem, Arizona. The nearest schools are Diamond Canyon Elementary and Boulder Creek High School.

More facts

Post for sale/rent | Save | Share | E-mail me | Edit | Print

### Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate® | $213,000 | $194K – $247K | +$6,000 | $90 | 02/08/2011 |
| My estimate | Create estimate | | | | |
| Owner Comment | Post a comment | | | | |

**Show**
- Zestimate ($)
- Zestimate (% change)
- Listing price
- Tax assessment
- Tax paid
- Page views

**Time period**
- 1 month
- 1 year
- 5 years
- 10 years

Compare 85086 to nearby areas
Retirement Community



Maps and Views

**Show**

☐ Zestimates
☐ Schools
☐ Grocery Stores
☐ Coffee and Bakery
☐ Parks
☐ Restaurants
☐ Gas Stations

View home on larger map

Local amenities provided by

**Drive time**

Enter address …

Duration: --
Distance: --

Financing

**Loan program**

○ Purchase
◉ Refinance

**Location**

Arizona

Zillow Mortgage Marketplace

| Lender | Rate | APR | Fees |
|---|---|---|---|
| Bill Eklund<br>Fairway Independent Mortgage<br>(4) | 4.625% | 4.885% | $7,330 |
| Gregory Lavallee<br>NorthPointe Bank<br>(78) | 4.750% | 4.892% | $3,966 |
| Matt Meister<br>Fairway Independent Mortgage Corporation<br>(5) | 4.875% | 4.994% | $3,283 |

See more quotes



Case 2:09-bk-31336-RJH    Doc 58    Filed 02/09/11    Entered 02/09/11 10:50:54    Desc
Main Document    Page 3 of 3
http://www.zillow.com/homedetails/2435-W-Shackleton-Dr-Anthem-AZ-85086/61910221_...    2/9/2011