Christopher H. Ariano #026915
ARIANO & REPPUCCI, PLLC
1430 E. Missouri Ave.
Suite B-150
Phoenix, AZ 85014
(602) 515-0841 (Office)
(602) 489-7403 (Fax)

Attorney for Debtor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DENNIS FOSS AND EMILY FOSS<br><br>                Debtors.<br>_____<br>DENNIS FOSS AND EMILY FOSS<br><br>                Movants,<br>vs.<br><br>BENEFICIAL MORTGAGE CO. OF ARIZONA,<br><br>                Respondent. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-31336-RJH<br><br>**ORDER AVOIDING LIEN<br>ON REAL PROPERTY**<br><br>RE:  Beneficial Mortgage Co. of Arizona's<br>      Second Deed of Trust<br>      on Real Property Located at<br>      2435 W. Shackleton Dr., Phoenix, AZ<br>      Phoenix, Arizona 85086 |

      On February 9, 2011, Debtor filed a motion to value the collateral and avoid the lien of Beneficial Mortgage Co. of Arizona , (hereinafter "Lienholder") against the property commonly known as 2435 W. Shackleton Dr., Phoenix, AZ and more fully described as:

**LOT 37, OF ANTHEM PARKSIDE UNIT 45, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF**

- 1 -

Case 2:09-bk-31336-RJH    Doc 58-2    Filed 02/09/11    Entered 02/09/11 10:50:54    Desc
Exhibit Proposed Form of Order    Page 1 of 4

**MARICOPA COUNTY, ARIZONA, RECORDED AS BOOK 630 OF MAPS, PAGE 32.**

Which lien was recorded in Maricopa County, Arizona on or about August 4, 2006 as document number 2006-1042357 (hereinafter the "Lien").

The court finds that notice of the motion upon lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's Chapter 13 plan only, the lien is valued at zero. Lienholder Beneficial Mortgage Co. of Arizona does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of the Debtor's confirmed Chapter 13 Plan.

(3) Upon entry of a discharge in Debtor's Chapter 13 case or completion of all payments due under the Debtor's Chapter 13 Plan, the lien shall be voided for all purposes and, upon application by the Debtor, the Court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's Chapter 13 case is dismissed or converted to Chapter 7 before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable bankruptcy law and, upon application by the Lienholder, the Court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this Court, the lien may not be enforced so long as this order remains in effect.

(6) The Lienholder shall file with the Maricopa County Recorder, within 20 days of discharge of the Debtor, a Lien release at no expense to the Debtor.

- 2 -

Case 2:09-bk-31336-RJH   Doc 58-2   Filed 02/09/11   Entered 02/09/11 10:50:54   Desc
Exhibit Proposed Form of Order   Page 2 of 4

1       Dated and signed above.

Notice to be sent though the
Bankruptcy Noticing Center "BNC"
to the following:

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 N. CENTRAL AVE.
PHOENIX, AZ 85012-1965

KATHRYN MADISON
PRESIDENT/CEO
BENEFICIAL MORTGAGE CO.
26525 N. RIVERWOODS BLVD.
METTAWA, IL 60045

BENEFICIAL MORTGAGE CO.
C/O OF CT CORP. SYSTEM
2394 E. CAMELBACK RD.
PHOENIX, AZ 85016

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE #204
SUITE 204
PHOENIX, AZ 85003

DENNIS & EMILY FOSS
2435 W. SHACKLETON
PHOENIX, ARIZONA 850086

CHRISTOPHER H. ARIANO
ARIANO & REPPUCCI, PLLC
1430 E. MISSOURI AVE.
SUITE B-150
PHOENIX, AZ85014

WELLS FARGO FINANCIAL ARIZONA, INC.
C/O PATRICIA DOYLE-KOSSICK, P.L.C.
4500 SOUTH LAKESHORE DRIVE
SUITE 575
TEMPE, AZ 85282-7187

- 3 -

Case 2:09-bk-31336-RJH   Doc 58-2   Filed 02/09/11   Entered 02/09/11 10:50:54   Desc
Exhibit Proposed Form of Order    Page 3 of 4

| | |
|---|---|
| 1 | RECOVERY MANAGEMENT SYSTEMS CORPORATION |
| 2 | 25 SE 2ND AVE #1120<br>MIAMI, FL 33131 |
| 3 | |
| 4 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067 |
| 5 | NORFOLK, VA 23541 |
| 6 | JPMORGAN CHASE BANK, N.A.<br>ATTN: DEPT PP-G7 |
| 7 | P.O. BOX 182106<br>COLUMBUS, OH 43218 |
| 8 | |
| 9 | JASON SHERMAN<br>PERRY & SHAPIRO, LLP |
| 10 | 3300 N. CENTRAL AVE., STE 2200<br>PHOENIX, AZ 85012-2582 |

- 4 -

Case 2:09-bk-31336-RJH    Doc 58-2    Filed 02/09/11    Entered 02/09/11 10:50:54    Desc
Exhibit Proposed Form of Order    Page 4 of 4